UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                        Case No. 4:23−mj−30048−CI

Omar Rashad Pouncy,

           Defendant(s),

## ORDER GRANTING LEAVE TO DISMISS COMPLAINT WITHOUT PREJUDICE

This matter coming before the Court on the Government's motion, with notice having been provided to the defense, for the reasons stated in the Government's motion, the Court grants the Government leave to dismiss the complaint against Omar Rashad Pouncy.

Accordingly, it is hereby ordered that the Complaint against Omar Rashad Pouncy be dismissed without prejudice, and that the Appearance Bond, if any, and the Order Setting Conditions of Release be cancelled.

                                              s/Curtis Ivy, Jr
                                              Curtis Ivy, Jr
                                              U.S. Magistrate Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                      By: s/K MacKay
                                             Case Manager

Dated:   April 10, 2023